IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | )<br>)     Chapter 7<br>)     <br>ALBERT PAUL KNOTT JR.,      )<br>)     04 B 36327<br>Debtor.      )<br>)<br>)     Honorable John D. Schwartz |

## ORDER AND NOTICE

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that on the Court's own Motion, a status hearing will be held in the above referenced case on July 24, 2008 at 10:00 a.m., in Courtroom 719, at 219 South Dearborn Street, Chicago, Illinois. Ronald R.Peterson, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this asset case.

DATED: 6 JUN 2008

ENTERED:

*/s/ John D. Schwartz*
John D. Schwartz
United States Bankruptcy Judge