# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                              §
                                    §
KNOTT, ALBERT PAUL JR.              §      Case No. 04-36327 CAD
                                    §
          Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/RONALD R. PETERSON_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 04-36327 | Judge: CAROL A. DOYLE | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | KNOTT, ALBERT PAUL JR. | | Date Filed (f) or Converted (c): | 09/30/04 (f) |
| | | | 341(a) Meeting Date: | 11/03/04 |
| For Period Ending: | 05/21/14 | | Claims Bar Date: | 02/28/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/3 interest in 1/3 acre with wood cottage(Canada) | Unknown | 0.00 | | 129,729.00 | FA |
| 2. Cash on hand | 300.00 | 0.00 | | 0.00 | FA |
| 3. Money Market acct at Bishop Rosen & Co., Inc. | 2,628.63 | 628.63 | | 0.00 | FA |
| 4. TV, DR and Kitchen table & chairs, BR furnitures | Unknown | 0.00 | | 0.00 | FA |
| 5. Coin and stamp collections | Unknown | 0.00 | | 468.50 | FA |
| 6. Casual and other clothing | Unknown | 0.00 | | 0.00 | FA |
| 7. Firearm - Baretta | Unknown | 0.00 | | 0.00 | FA |
| 8. Insurance policy at Pruco Life Ins. Co. | 7,200.00 | 0.00 | | 0.00 | FA |
| 9. Shares of Stocks in Wagner Cruises, LTD. (100%) | Unknown | 0.00 | | 0.00 | FA |
| 10. Shares of stocks in Knott Lock Corp. (40%) | Unknown | 0.00 | | 0.00 | FA |
| 11. Sahres of stocks in Correctional Healthcare (51%) | Unknown | 0.00 | | 0.00 | FA |
| 12. Shares of stock in Anchor Aweigh, Inc. (20%) | Unknown | 0.00 | | 0.00 | FA |
| 13. Luxury Yachts, Ltd. Loan | 400,000.00 | 0.00 | | 0.00 | FA |

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 04-36327 | Judge: CAROL A. DOYLE |
| Case Name: | KNOTT, ALBERT PAUL JR. | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 09/30/04 (f) |
| 341(a) Meeting Date: | 11/03/04 |
| Claims Bar Date: | 02/28/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Patents owned by Knott Lock Corp | Unknown | 0.00 | | 0.00 | FA |
| 15. 2002 Jeep Liberty | Unknown | 0.00 | | 0.00 | FA |
| 16. 2003 Infinity FX45 | 38,000.00 | 0.00 | | 0.00 | FA |
| 17. 1978 Rolls Royce Silver Shadow | 5,000.00 | 0.00 | | 0.00 | FA |
| 18. 1992 Chevrolet Conversion Van | Unknown | 0.00 | | 0.00 | FA |
| 19. Boat (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 18.56 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $453,128.63 | $628.63 | | $130,216.06 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 11, 2014: TFR withdrawn. Revised TFR submitted to U.S. Trustee.

March 27, 2014: TFR submitted to U.S. Trustee.

April 29, 2013, 09:21 am I am giving up on Canadian refund and we shall file a TFR by September 1, 2013

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 04-36327   Judge: CAROL A. DOYLE | Trustee Name: | RONALD R. PETERSON |
| Case Name: | KNOTT, ALBERT PAUL JR. | Date Filed (f) or Converted (c): | 09/30/04 (f) |
| | | 341(a) Meeting Date: | 11/03/04 |
| | | Claims Bar Date: | 02/28/05 |

January 30, 2012, 10:52 am.  The cost to get a refund in Canada is more than it is worth, and we probably will not win. Therefore, the case is being sent to closing.  I must confirm with Corneilius Brown that the real estate is without equity.

December 05, 2011, 05:25 pm. Doing Check of Claims and Ron needs to call Corny Brown re secured liens.

Awaiting Canadian tax refund.

RE PROP# 5---4

Initial Projected Date of Final Report (TFR): 12/31/05     Current Projected Date of Final Report (TFR): 05/31/14

_____   Date: _____
RONALD R. PETERSON

Case 04-36327    Doc 145    Filed 08/15/14    Entered 08/15/14 16:12:08    Desc Main
Document      Page 6 of 18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 04-36327 -CAD | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | KNOTT, ALBERT PAUL JR. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******8182 Checking Account |
| Taxpayer ID No: | *******5154 |  |  |
| For Period Ending: | 05/21/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/09/12 |  | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 23,681.39 |  | 23,681.39 |
| 10/16/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 14.60 | 23,666.79 |
| 11/05/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 15.08 | 23,651.71 |
| 12/07/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 14.58 | 23,637.13 |
| 01/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 15.06 | 23,622.07 |
| 02/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 35.11 | 23,586.96 |
| 03/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 31.67 | 23,555.29 |
| 04/05/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 35.02 | 23,520.27 |
| 05/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 33.84 | 23,486.43 |
| 06/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 34.92 | 23,451.51 |
| 07/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 33.74 | 23,417.77 |
| 07/18/13 | 5 | Harlan J. Bertk, LTD | Coins | 1129-000 | 468.50 |  | 23,886.27 |
|  |  | 31 N Clark Street |  |  |  |  |  |
|  |  | Chicago, Il 60602-2898 |  |  |  |  |  |
| 08/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 35.13 | 23,851.14 |
| 09/09/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 35.46 | 23,815.68 |
| 10/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 34.27 | 23,781.41 |
| 11/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 35.36 | 23,746.05 |
| 12/06/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 34.17 | 23,711.88 |
| 01/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 35.25 | 23,676.63 |
| 02/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 35.20 | 23,641.43 |
| 03/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 31.75 | 23,609.68 |

Page Subtotals        24,149.89        540.21

LFORM24

Ver: 17.05d

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-36327 -CAD | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | KNOTT, ALBERT PAUL JR. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8182  Checking Account |
| Taxpayer ID No: | *******5154 | | | |
| For Period Ending: | 05/21/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 0.00 | COLUMN TOTALS | | 24,149.89 | 540.21 | 23,609.68 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 23,681.39 | 0.00 | |
| | | | Subtotal | | 468.50 | 540.21 | |
| | | Memo Allocation Net: 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 468.50 | 540.21 | |

Page Subtotals    0.00    0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 04-36327 -CAD | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | KNOTT, ALBERT PAUL JR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9967 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5154 | | | |
| For Period Ending: | 05/21/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/29/09 | 1 | Lewis Downey toronsky Lassaline & Timpano<br>77 Coldwater Streeet East<br>Orilia, ON L3V 1W6<br>Canada | Sale of Real Estate<br>Bank Serial #: 000000 | | 78,694.55 | | 78,694.55 |
| | | JEANETTE MARIE ABERNETHY | Memo Amount: 91,308.37<br>Gross Sales (CN $112,364.08) | 1110-000 | | | |
| | | LEWIS DOWNEY | Memo Amount: ( 5,218.86 )<br>Attorney Fees | 3210-000 | | | |
| | | LEWIS DOWNEY | Memo Amount: ( 118.72 )<br>Attorney Expenses | 3220-000 | | | |
| | | LEWIS DOWNEY | Memo Amount: ( 214.59 )<br>Attorney Expenses | 3712-000 | | | |
| | | SUTTON GROUP INCENTIVE REALTY | Memo Amount: ( 6,094.59 )<br>Brokers Commission | 3510-000 | | | |
| | | SUTTON GROUP INCENTIVE REALTY | Memo Amount: ( 304.73 )<br>Broker Expenses | 3520-000 | | | |
| | | TOWNSHIP OF SEVERN | Memo Amount: ( 610.21 )<br>Transfer Fee | 2500-000 | | | |
| | | JEANETTE MARIE ABERNETHY | Memo Amount: ( 52.12 )<br>Real Estate Tax Pro Ration | 2820-000 | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.13 | | 78,694.68 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.21 | | 78,695.89 |
| 03/24/09 | | Transfer to Acct #*******0150 | Bank Funds Transfer | 9999-000 | | 55,759.83 | 22,936.06 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.05 | | 22,937.11 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 22,937.61 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,938.19 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,938.76 |

Page Subtotals 78,698.59 55,759.83

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 04-36327 -CAD | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | KNOTT, ALBERT PAUL JR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9967 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5154 | | | |
| For Period Ending: | 05/21/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,939.34 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,939.92 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,940.49 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,941.07 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,941.64 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,942.22 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,942.80 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 22,943.33 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 22,943.92 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,944.49 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,945.07 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,945.64 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,946.22 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 22,946.81 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,947.38 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,947.96 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,948.53 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,949.11 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.58 | | 22,949.69 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,949.87 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,950.06 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,950.24 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 22,950.44 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,950.63 |
| 07/22/11 | 1 | The Toronto Dominion Bank | | | 1,034.28 | | 23,984.91 |
| | | JEANETTE MARIE ABERNETHY | Memo Amount: 38,420.63 | 1110-000 | | | |
| | | | Gross Sales (CN$37,635.92) | | | | |
| | | LEWIS DOWNEY | Memo Amount: ( 81.67 ) | 2500-000 | | | |
| | | | Wire Transfer Fee | | | | |

Page Subtotals 1,046.15 0.00

Page: 5

FORM 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 04-36327 -CAD | Trustee Name: RONALD R. PETERSON |
| Case Name: KNOTT, ALBERT PAUL JR. | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******9967  Money Market Account (Interest Earn |
| Taxpayer ID No: *******5154 | |
| For Period Ending: 05/21/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | LEWIS DOWNEY | Memo Amount:   (   26.80 )<br>Attorney Expenses | 3220-000 | | | |
| | | BDO DUNWOODY | Memo Amount:   (   375.16 )<br>T2062 Preparation and Filing | 2500-000 | | | |
| | | CANADIAN REVENUE AUTHORITY | Memo Amount:   (   34,595.60 )<br>Taxes | 2820-000 | | | |
| | | LEWIS DOWNEY | Memo Amount:   (   2,041.70 )<br>Attorney Fees | 3210-000 | | | |
| | | LEWIS DOWNEY | Memo Amount:   (   265.42 )<br>Attorney Expenses | 3220-000 | | | |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 23,985.10 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 23,985.31 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,985.51 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,985.71 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.56 | 23,955.15 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,955.35 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.53 | 23,925.82 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,926.02 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.50 | 23,896.52 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 23,896.73 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.34 | 23,865.39 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 23,865.58 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.36 | 23,837.22 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,837.42 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.31 | 23,808.11 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 23,808.31 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.25 | 23,778.06 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,778.26 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.21 | 23,748.05 |

Page Subtotals       2.20       239.06

FORM 2

Page: 6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-36327 -CAD | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | KNOTT, ALBERT PAUL JR. | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******9967 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5154 |  |  |
| For Period Ending: | 05/21/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 |  | 23,748.24 |
| 06/29/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 28.23 | 23,720.01 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 |  | 23,720.22 |
| 07/31/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 31.11 | 23,689.11 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 |  | 23,689.16 |
| 08/09/12 |  | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 |  | 7.77 | 23,681.39 |
| 08/09/12 |  | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 |  | 23,681.39 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 129,729.00 | COLUMN TOTALS | 79,747.39 | 79,747.39 | 0.00 |
| Memo Allocation Disbursements: | 50,000.17 | Less: Bank Transfers/CD's | 0.00 | 79,441.22 | |
| | | Subtotal | 79,747.39 | 306.17 | |
| Memo Allocation Net: | 79,728.83 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 79,747.39 | 306.17 | |

Page Subtotals    0.45    23,748.50

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 11)*    Ver: 17.05d

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 04-36327 -CAD | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | KNOTT, ALBERT PAUL JR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0150  BofA - Checking Account |
| Taxpayer ID No: | *******5154 | | | |
| For Period Ending: | 05/21/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/24/09 | | Transfer from Acct #*******9967 | Bank Funds Transfer | 9999-000 | 55,759.83 | | 55,759.83 |
| 03/24/09 | 003001 | Patricia Knott | Canadian Summer Home | 8500-000 | | 48,834.71 | 6,925.12 |
| 03/24/09 | 003002 | Sylvia Knott | Non Debtor Sister's interest in sale proceeds. Per Court Order  Canadian Summer Home | 8500-000 | | 6,925.12 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 55,759.83 | 55,759.83 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 55,759.83 | 0.00 | |
| | | Subtotal | | 0.00 | 55,759.83 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 55,759.83 | |
| | | Net | | 0.00 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 129,729.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 50,000.17 | Checking Account - ********8182 | 468.50 | 540.21 | 23,609.68 |
| | | Money Market Account (Interest Earn - ********9967 | 79,747.39 | 306.17 | 0.00 |
| Total Memo Allocation Net: | 79,728.83 | BofA - Checking Account - ********0150 | 0.00 | 0.00 | 0.00 |
| | | | 80,215.89 | 846.38 | 23,609.68 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    55,759.83    55,759.83

UST Form 101-7-TFR (5/1/2011) (Page: 12)

Ver: 17.05d

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 13, 2014 |
|---|---|---|---|---|---|---|
| Case Number: 04-36327 | | Claim Class, Priority Sequence | | | | |
| Debtor Name: KNOTT, ALBERT PAUL JR. | | | Joint Debtor: | | | |
| Claims Bar Date: 02/28/05 | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000014<br>001<br>3110-00 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $9,892.50 | $9,892.50 |
| 000015<br>001<br>3120-00 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $4,488.90 | $4,488.90 |
| 000001<br>070<br>7100-00 | Chase Manhattan Bank NA<br>P O Box 52176<br>Phoenix, AZ 85072-2176 | Unsecured | Filed 12/14/04 | $0.00 | $7,711.39 | $7,711.39 |
| 000002<br>070<br>7100-00 | Robert Threatte<br>6800 S. Creiger Avenue<br>Chicago, IL 60615 | Unsecured | Filed 12/16/04 | $0.00 | $5,000.00 | $5,000.00 |
| 000004<br>070<br>7100-00 | Discover Bank<br>Discover Financial Services<br>POB 8003<br>Hilliard, OH 43026 | Unsecured | Filed 12/22/04 | $0.00 | $10,484.46 | $10,484.46 |
| 000005<br>070<br>7100-00 | ChaseManhttnBankUSA,NA as successor<br>in interest to Bank One Delaware, NA<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA 98121 | Unsecured | Filed 01/11/05 | $0.00 | $786.97 | $786.97 |
| 000006<br>070<br>7100-00 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Filed 01/10/05 | $0.00 | $3,370.66 | $3,370.66 |
| 000007<br>070<br>7100-00 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Filed 01/10/05 | $0.00 | $8,717.51 | $8,717.51 |
| 000008<br>070<br>7100-00 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Filed 01/10/05 | $0.00 | $10,147.19 | $10,147.19 |
| 000009<br>070<br>7100-00 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Filed 01/10/05 | $0.00 | $2,773.33 | $2,773.33 |
| 000010<br>070<br>7100-00 | Daren Wagner<br>2 N. 076 Linda Avenue<br>Carol Stream, IL 60188 | Unsecured | Filed 02/14/05 | $0.00 | $850,000.00 | $850,000.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 13, 2014 |

Case Number: 04-36327  
Debtor Name: KNOTT, ALBERT PAUL JR.  
Claims Bar Date: 02/28/05  

Claim Class, Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013<br>080<br>7200-00 | American Express Travel Related Services<br>Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 05/10/11<br>(13-1) CREDIT CARD DEBT | $0.00 | $2,267.00 | $2,267.00 |
| 000003<br>050<br>4210-00 | Onyx Acceptance Corp.Dept<br>C/O Ascension Capital Group<br>P O Box 201347<br>Arlington, TX 76006 | Secured | Filed 12/17/04 | $0.00 | $0.00 | $0.00 |
| 000011<br>050<br>4210-00 | Cornelius Brown<br>208 S LaSalle<br>Cohon Raizes & Regal<br>Chicago, IL 60601-1160 | Secured | Filed 02/15/05 | $0.00 | $319,795.24 | $0.00 |
| 000012<br>050<br>4210-00 | Shorebank<br>Cornelius P. Brown<br>Cohen Raizes & Regal<br>208 S. LaSalle St Suite 1860<br>Chicago, IL 60604-1160 | Secured | Filed 02/28/05 | $0.00 | $319,795.24 | $0.00 |
| | Case Totals: | | | $0.00 | $1,555,230.39 | $915,639.91 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-36327 CAD
Case Name: KNOTT, ALBERT PAUL JR.
Trustee Name: RONALD R. PETERSON

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Onyx Acceptance Corp.Dept C/O Ascension Capital Group P O Box 201347 Arlington, TX 76006 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Manhattan Bank NA<br>P O Box 52176<br>Phoenix, AZ 85072-2176 | $ | $ | $ |
| 000002 | Robert Threatte<br>6800 S. Creiger Avenue<br>Chicago, IL 60615 | $ | $ | $ |
| 000004 | Discover Bank<br>Discover Financial Services<br>POB 8003<br>Hilliard, OH 43026 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | ChaseManhttnBankUSA,NA as successor in interest to Bank One Delaware, NA c/o Weinstein & Riley, P.S. 2101 4th Ave., Suite 900 Seattle, WA 98121 | $ | $ | $ |
| 000006 | Citibank (South Dakota) N.A. Exception Payment Processing P O Box 6305 The Lakes, NV 88901-6305 | $ | $ | $ |
| 000007 | Citibank (South Dakota) N.A. Exception Payment Processing P O Box 6305 The Lakes, NV 88901-6305 | $ | $ | $ |
| 000008 | Citibank (South Dakota) N.A. Exception Payment Processing P O Box 6305 The Lakes, NV 88901-6305 | $ | $ | $ |
| 000009 | Citibank (South Dakota) N.A. Exception Payment Processing P O Box 6305 The Lakes, NV 88901-6305 | $ | $ | $ |
| 000010 | Daren Wagner 2 N. 076 Linda Avenue Carol Stream, IL 60188 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | American Express Travel Related Services Co, Inc Corp Card c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |

　　　　Total to be paid to tardy general unsecured creditors　　　　$_____

　　　　Remaining Balance　　　　$_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE