# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KNOTT, ALBERT PAUL JR. | § | Case No. 04-36327 CAD |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　CLERK OF THE U.S. BANKRUPTCY COURT
　　　　　　　　KENNETH S. GARDNER
　　　　　　　　219 S. Dearborn St.
　　　　　　　　Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/25/2014 in Courtroom 742,
　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　219 S. Dearborn St.
　　　　　　　　Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/15/2014　　　　　　　　　　　By: UNITED STATES BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　　　　　　　COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
　　　　　　　　　　　　　　　　　　　§
KNOTT, ALBERT PAUL JR.　　　　　§　　Case No. 04-36327 CAD
　　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)　　　　　　　　　　§

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 130,216.06 |
| and approved disbursements of | $ | 106,606.38 |
| leaving a balance on hand of[1] | $ | 23,609.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Onyx Acceptance Corp.Dept C/O Ascension Capital Group P O Box 201347 Arlington, TX 76006 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 23,609.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 9,892.50 | $ 0.00 | $ 9,892.50 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 4,488.90 | $ 0.00 | $ 4,488.90 |

Total to be paid for chapter 7 administrative expenses          $          14,381.40

Remaining Balance          $          9,228.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 898,991.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Manhattan Bank NA<br>P O Box 52176<br>Phoenix, AZ 85072-2176 | $ 7,711.39 | $ 0.00 | $ 79.16 |
| 000002 | Robert Threatte<br>6800 S. Creiger Avenue<br>Chicago, IL 60615 | $ 5,000.00 | $ 0.00 | $ 51.33 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Discover Bank<br>Discover Financial Services<br>POB 8003<br>Hilliard, OH 43026 | $ 10,484.46 | $ 0.00 | $ 107.62 |
| 000005 | ChaseManhttnBankUSA, NA as successor in interest to Bank One Delaware, NA<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA 98121 | $ 786.97 | $ 0.00 | $ 8.08 |
| 000006 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ 3,370.66 | $ 0.00 | $ 34.60 |
| 000007 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ 8,717.51 | $ 0.00 | $ 89.49 |
| 000008 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ 10,147.19 | $ 0.00 | $ 104.16 |
| 000009 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ 2,773.33 | $ 0.00 | $ 28.47 |
| 000010 | Daren Wagner<br>2 N. 076 Linda Avenue<br>Carol Stream, IL 60188 | $ 850,000.00 | $ 0.00 | $ 8,725.37 |

Total to be paid to timely general unsecured creditors    $    9,228.28

    Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,267.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | American Express Travel Related Services Co, Inc Corp Card c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 2,267.00 | $ 0.00 | $ 0.00 |

    Total to be paid to tardy general unsecured creditors      $ 0.00

    Remaining Balance      $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /s/Ronald R. Peterson
                        Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 04-36327-CAD
Albert Paul Knott                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 2              Date Rcvd: Aug 19, 2014
                              Form ID: pdf006         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2014.
```
db          +Albert Paul Knott, Jr,   1501 North State Parkway,   Chicago, IL 60610-1676
8535957      AT&T Universal Card,   P.O. Box 6408,   The Lakes, NV 88901-6408
17252715     American Express Travel Related Services,   Co, Inc Corp Card,   c o Becket and Lee LLP,
              POB 3001,   Malvern, PA 19355-0701
8535958      Bank One,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
8535961     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court: Chase Bank,   P.O. Box 52195,   Phoenix, AZ 85072-2195)
8535962     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citi Cards,   P.O. Box 6412,   The Lakes, NV 88901-6412)
8535967     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Home Depot Credit Services,   P.O. Box 6029,
              The Lakes, NV 88901-6029)
8535959      Capital One Services,   P.O. Box 60000,   Seattle, WA 98190-6000
8535960      Capital One, F.S.B.,   P.O. Box 34631,   Seattle, WA 98124-1631
8772909      Chase Manhattan Bank NA,   P O Box 52176,   Phoenix, AZ 85072-2176
8690293      CitiFinancial,   POB 8020,   South Hackensack, NJ 07606-8020
8841650      Citibank (South Dakota) N.A.,   Exception Payment Processing,   P O Box 6305,
              The Lakes, NV 88901-6305
8944316     +Cornelius Brown,   208 S LaSalle,   Cohon Raizes & Regal,   Chicago, IL 60604-1160
8535964     +Daren Wagner,   2 N. 076 Linda Avenue,   Carol Stream, IL 60188-2108
8535966     +Family Bank & Trust,   10360 S. Roberts Road,   Palos Hills, IL 60465-1930
8535969      MBNA America,   P.O. Box 15137,   Wilmington, DE 19886-5137
8535968    ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
             (address filed with court: Infiniti Financial Services,   8900 Freeport Parkway,
              Irving, TX 75063)
8535970     +Onyx Acceptance Corp.Dept,   svcr by Capital One Auto Finance,   P O Box 201347,
              Arlington, TX 76006-1347
8535971     +Robert Threatte,   6800 S. Creiger Avenue,   Chicago, IL 60649-1406
8535972      Sears Credit Card,   P.O. Box 182149,   Columbus, OH 43218-2149
8535973     +ShoreBank,   7936 S. Cottage Grove,   Chicago, IL 60619-3911
8993307      Shorebank,   Cornelius P. Brown,   Cohen Raizes & Regal,   208 S. LaSalle St Suite 1860,
              Chicago, IL 60604-1160
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8839477     +E-mail/Text: bncmail@w-legal.com Aug 20 2014 01:31:01
              ChaseManhttnBankUSA,NA as successor in interest to,   Bank One Delaware, NA,
              c/o Weinstein & Riley, P.S.,   2101 4th Ave., Suite 900,   Seattle, WA 98121-2339
8801918      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 20 2014 01:38:57      Discover Bank,
              Discover Financial Services,   POB 8003,   Hilliard, OH 43026
8535965      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 20 2014 01:38:57      Discover Financial Services,
              P.O. Box 7086,   Dover, DE 19903-9826
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8535963*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citi Cards,   P.O. Box 6413,   The Lakes, NV 88901-6413)
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2014                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: acox              Page 2 of 2            Date Rcvd: Aug 19, 2014
                              Form ID: pdf006         Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2014 at the address(es) listed below:

```
          Chester H. Foster, Jr.    on behalf of Creditor    Family Bank & Trust chf@fosterlegalsvcs.com,
           dbf@fosterlegalservices.com
          Daniel E Budorick    on behalf of Defendant Albert Paul Knott, Jr dbudorick@pecklaw.com,
           lbarker@pecklaw.com;acustardo@pecklaw.com
          Jayne  Laiprasert    on behalf of Plaintiff Ronald R. Peterson, not individually, but solely as
           chapter 7 trustee for the bankruptcy estate of Albert Paul Knott, Jr. jlaiprasert@jenner.com,
           docketing@jenner.com
          Jayne  Laiprasert    on behalf of Trustee Ronald R Peterson jlaiprasert@jenner.com,
           docketing@jenner.com
          John C Ruddy    on behalf of Creditor Daren L Wagner jruddy@ruddyking.com,  lincoln@ruddyking.com
          John C Ruddy    on behalf of Plaintiff Daren Lee Wagner jruddy@ruddyking.com,
           lincoln@ruddyking.com
          John F. Torres    on behalf of Creditor    Infiniti Financial Services jftlaw@earthlink.net
          Michael D. Lee    on behalf of Defendant Sylvia Knott Simmons mlee@srcattorneys.com
          Michael D. Lee    on behalf of Creditor Sylvia Knott Simmons mlee@srcattorneys.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald  Peterson    on behalf of Plaintiff Ronald R. Peterson, not individually, but solely as
           chapter 7 trustee for the bankruptcy estate of Albert Paul Knott, Jr. rpeterson@jenner.com,
           lraiford@jenner.com
          Ronald  Peterson    on behalf of Attorney    Jenner & Block LLP rpeterson@jenner.com,
           lraiford@jenner.com
          Ronald  Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
           lraiford@jenner.com
          Ronald R Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
           rpeterson@ecf.epiqsystems.com;docketing@jenner.com
          Ronald R Peterson    rpeterson@jenner.com,  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 15
```