# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
KNOTT, ALBERT PAUL JR.                          §          Case No. 04-36327 CAD
                                                §
            Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 .  The case was pending for         months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Patricia Knott |  |  |  |
| Sylvia Knott |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | CORNELIUS BROWN |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | ONYX ACCEPTANCE CORP.DEPT | | | | | |
| 000012 | SHOREBANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BDO DUNWOODY | | | | | |
| LEWIS DOWNEY | | | | | |
| TOWNSHIP OF SEVERN | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CANADIAN REVENUE AUTHORITY | | | | | |
| JEANETTE MARIE ABERNETHY | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK LLP | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEWIS DOWNEY | | | | | |
| LEWIS DOWNEY | | | | | |
| SUTTON GROUP INCENTIVE REALTY | | | | | |
| SUTTON GROUP INCENTIVE REALTY | | | | | |
| LEWIS DOWNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CHASE MANHATTAN BANK NA | | | | | |
| 000005 | CHASEMANHTTNBANKU SA,NA AS SUCCESSOR | | | | | |
| 000006 | CITIBANK (SOUTH DAKOTA) N.A. | | | | | |
| 000007 | CITIBANK (SOUTH DAKOTA) N.A. | | | | | |
| 000008 | CITIBANK (SOUTH DAKOTA) N.A. | | | | | |
| 000009 | CITIBANK (SOUTH DAKOTA) N.A. | | | | | |
| 000010 | DAREN WAGNER | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000002 | ROBERT THREATTE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| Case No: | 04-36327 | Judge: CAROL A. DOYLE |
|---|---|---|
| Case Name: | KNOTT, ALBERT PAUL JR. | |
| For Period Ending: | 05/19/15 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 09/30/04 (f) |
| 341(a) Meeting Date: | 11/03/04 |
| Claims Bar Date: | 02/28/05 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 1/3 interest in 1/3 acre with wood cottage(Canada) | Unknown | 0.00 | | 129,729.00 | FA | 0.00 | 0.00 |
| 2. Cash on hand | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Money Market acct at Bishop Rosen & Co., Inc. | 2,628.63 | 628.63 | | 0.00 | FA | 0.00 | 2,000.00 |
| 4. TV, DR and Kitchen table & chairs, BR furnitures | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Coin and stamp collections | Unknown | 0.00 | | 468.50 | FA | 0.00 | 0.00 |
| 6. Casual and other clothing | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Firearm - Baretta | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Insurance policy at Pruco Life Ins. Co. | 7,200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Shares of Stocks in Wagner Cruises, LTD. (100%) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Shares of stocks in Knott Lock Corp. (40%) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Sahres of stocks in Correctional Healthcare (51%) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. Shares of stock in Anchor Aweigh, Inc. (20%) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. Luxury Yachts, Ltd. Loan | 400,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14. Patents owned by Knott Lock Corp | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

FORM
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

Case No:    04-36327    Judge: CAROL A. DOYLE
Case Name:    KNOTT, ALBERT PAUL JR.

Trustee Name:    RONALD R. PETERSON
Date Filed (f) or Converted (c):    09/30/04 (f)
341(a) Meeting Date:    11/03/04
Claims Bar Date:    02/28/05

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. 2002 Jeep Liberty | Unknown | 0.00 | | 0.00 | FA | 14,700.00 | 0.00 |
| 16. 2003 Infinity FX45 | 38,000.00 | 0.00 | | 0.00 | FA | 30,000.00 | 1,200.00 |
| 17. 1978 Rolls Royce Silver Shadow | 5,000.00 | 0.00 | | 0.00 | FA | 311,000.00 | 0.00 |
| 18. 1992 Chevrolet Conversion Van | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19. Boat (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 18.56 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $453,128.63    $628.63    $130,216.06    $0.00    $355,700.00    $3,200.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 8/15/14.  Final hearing on 9/25/14.  TDR delayed pending location of a creditor.  TDR will be filed in May 2015.

April 29, 2013, 09:21 am I am giving up on Canadian refund and we shall file a TFR by September 1, 2013
January 30, 2012, 10:52 am.  The cost to get a refund in Canada  is more than it is worth, and we probably will not win.
Therefore, the case is being sent to closing.  I must confirm with Cornelius Brown that the real estate is without equity.

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 04-36327      Judge: CAROL A. DOYLE | |
| Case Name: | KNOTT, ALBERT PAUL JR. | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 09/30/04 (f) |
| 341(a) Meeting Date: | 11/03/04 |
| Claims Bar Date: | 02/28/05 |

December 05, 2011, 05:25 pm. Doing Check of Claims and Ron needs to call Corny Brown re secured liens.

Awaiting Canadian tax refund.

RE PROP# 5---4

Initial Projected Date of Final Report (TFR): 12/31/05        Current Projected Date of Final Report (TFR): 10/01/14

/s/    RONALD R. PETERSON

_____    Date: 05/19/15

RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 04-36327 -CAD | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | KNOTT, ALBERT PAUL JR. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8182 Checking Account |
| Taxpayer ID No: | *******5154 | | | |
| For Period Ending: | 05/19/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 23,681.39 | | 23,681.39 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.60 | 23,666.79 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.08 | 23,651.71 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.58 | 23,637.13 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.06 | 23,622.07 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.11 | 23,586.96 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.67 | 23,555.29 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.02 | 23,520.27 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.84 | 23,486.43 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.92 | 23,451.51 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.74 | 23,417.77 |
| 07/18/13 | 5 | Harlan J. Bertk, LTD 31 N Clark Street Chicago, Il 60602-2898 | Coins | 1129-000 | 468.50 | | 23,886.27 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.13 | 23,851.14 |
| | | | Page Subtotals | | 24,149.89 | 298.75 | |

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Ver: 18.04c

FORM 2   Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 04-36327 -CAD |
| Case Name: | KNOTT, ALBERT PAUL JR. |
| Taxpayer ID No: | *******5154 |
| For Period Ending: | 05/19/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8182 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br><br>Paid To / Received From | 4<br><br>Description Of Transaction | Uniform<br>Tran. Code | 5<br><br>Deposits ($) | 6<br><br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.46 | 23,815.68 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.27 | 23,781.41 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.36 | 23,746.05 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.17 | 23,711.88 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.25 | 23,676.63 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.20 | 23,641.43 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.75 | 23,609.68 |
| 10/01/14 | 030001 | Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Il 60654-3456 | Professional Fees<br>Fee Application Allowances | 3110-000 | | 9,892.50 | 13,717.18 |
| 10/01/14 | 030002 | Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Il 60654-3456 | Professional Fees<br>Fee Application Allowances | 3120-000 | | 4,488.90 | 9,228.28 |
| 10/01/14 | 030003 | Chase Manhattan Bank NA<br>P O Box 52176<br>Phoenix, AZ 85072-2176 | Final distribution | 7100-000 | | 79.16 | 9,149.12 |
| 10/01/14 | 030004 | Robert Threatte<br>6800 S. Creiger Avenue | Final distribution | 7100-000 | | 51.33 | 9,097.79 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 14,753.35 |

Ver: 18.04c

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-36327  -CAD |
|---|---|
| Case Name: | KNOTT, ALBERT PAUL JR. |

Taxpayer ID No: *******5154
For Period Ending: 05/19/15

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8182  Checking Account |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60615 | | | | | |
| 10/01/14 | 030005 | Discover Bank<br>Discover Financial Services<br>POB 8003<br>Hilliard, OH 43026 | Final distribution | 7100-000 | | 107.62 | 8,990.17 |
| 10/01/14 | 030006 | ChaseManhttnBankUSA,NA as successor<br>in interest to Bank One Delaware, NA<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA 98121 | Final distribution | 7100-000 | | 8.08 | 8,982.09 |
| 10/01/14 | 030007 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Final distribution | 7100-000 | | 34.60 | 8,947.49 |
| 10/01/14 | 030008 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Final distribution | 7100-000 | | 89.49 | 8,858.00 |
| 10/01/14 | 030009 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Final distribution | 7100-000 | | 104.16 | 8,753.84 |
| 10/01/14 | 030010 | Citibank (South Dakota) N.A. | Final distribution | 7100-000 | | 28.47 | 8,725.37 |

Page Subtotals          0.00          372.42

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2                                                                      Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| Case No: | 04-36327 -CAD | Trustee Name: | RONALD R. PETERSON |
| Case Name: | KNOTT, ALBERT PAUL JR. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8182 Checking Account |
| Taxpayer ID No: | *******5154 | | |
| For Period Ending: | 05/19/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | | | | | |
| * 10/01/14 | 030011 | Daren Wagner<br>2 N. 076 Linda Avenue<br>Carol Stream, IL 60188 | Final distribution | 7100-004 | | 8,725.37 | 0.00 |
| * 10/01/14 | 030011 | Daren Wagner<br>2 N. 076 Linda Avenue<br>Carol Stream, IL 60188 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -8,725.37 | 8,725.37 |
| 02/11/15 | 030012 | Daren Wagner<br>P.O. Box 1384<br>Ogdensburg, NY 13669 | Final distribution<br>This check is being reissued after my 6 month quest<br>to find the debtor was accomplished. | 7100-000 | | 8,725.37 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 24,149.89 | 24,149.89 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 23,681.39 | 0.00 | |
| | | Subtotal | | 468.50 | 24,149.89 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 468.50 | 24,149.89 | |

Page Subtotals         0.00          8,725.37

Ver: 18.04c

FORM 2                                                                                                Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                    Exhibit 9

| Case No: | 04-36327  -CAD | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | KNOTT, ALBERT PAUL JR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9967 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5154 | | | |
| For Period Ending: | 05/19/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/29/09 | 1 | Lewis Downey toronsky Lassaline & Timpano 77 Coldwater Streeet East Orilia, ON L3V 1W6 Canada | Sale of Real Estate Bank Serial #: 000000 | | 78,694.55 | | 78,694.55 |
| | | JEANETTE MARIE ABERNETHY | Memo Amount:        91,308.37 Gross Sales (CN $112,364.08) | 1110-000 | | | |
| | | LEWIS DOWNEY | Memo Amount:      (      5,218.86 ) Attorney Fees | 3210-000 | | | |
| | | LEWIS DOWNEY | Memo Amount:      (      118.72 ) Attorney Expenses | 3220-000 | | | |
| | | LEWIS DOWNEY | Memo Amount:      (      214.59 ) Attorney Expenses | 3712-000 | | | |
| | | SUTTON GROUP INCENTIVE REALTY | Memo Amount:      (      6,094.59 ) Brokers Commission | 3510-000 | | | |
| | | SUTTON GROUP INCENTIVE REALTY | Memo Amount:      (      304.73 ) Broker Expenses | 3520-000 | | | |
| | | TOWNSHIP OF SEVERN | Memo Amount:      (      610.21 ) Transfer Fee | 2500-000 | | | |
| | | JEANETTE MARIE ABERNETHY | Memo Amount:      (      52.12 ) Real Estate Tax Pro Ration | 2820-000 | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.13 | | 78,694.68 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.21 | | 78,695.89 |
| 03/24/09 | | Transfer to Acct #*******0150 | Bank Funds Transfer | 9999-000 | | 55,759.83 | 22,936.06 |
| | | | Page Subtotals | | 78,695.89 | 55,759.83 | |

FORM 2

Page:    6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-36327  -CAD | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | KNOTT, ALBERT PAUL JR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9967  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5154 | | | |
| For Period Ending: | 05/19/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.05 | | 22,937.11 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 22,937.61 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,938.19 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 22,938.76 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,939.34 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,939.92 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 22,940.49 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,941.07 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 22,941.64 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,942.22 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,942.80 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.53 | | 22,943.33 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 22,943.92 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 22,944.49 |

Page Subtotals            8.43            0.00

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 04-36327 -CAD | | | Trustee Name: | RONALD R. PETERSON | |
| Case Name: | KNOTT, ALBERT PAUL JR. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******9967  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******5154 | | | | | |
| For Period Ending: | 05/19/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,945.07 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 22,945.64 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,946.22 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 22,946.81 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 22,947.38 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,947.96 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 22,948.53 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,949.11 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.58 | | 22,949.69 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,949.87 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,950.06 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,950.24 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 22,950.44 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,950.63 |

| | | |
|---|---|---|
| Page Subtotals | 6.14 | 0.00 |

FORM 2                                                                                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-36327  -CAD | Trustee Name: RONALD R. PETERSON |
| Case Name: | KNOTT, ALBERT PAUL JR. | Bank Name: BANK OF AMERICA, N.A. |
| | | Account Number / CD #: *******9967  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5154 | |
| For Period Ending: | 05/19/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/11 | 1 | The Toronto Dominion Bank | | | 1,034.28 | | 23,984.91 |
| | | JEANETTE MARIE ABERNETHY | Memo Amount:      38,420.63<br>Gross Sales (CN$37,635.92) | 1110-000 | | | |
| | | LEWIS DOWNEY | Memo Amount:      (      81.67 )<br>Wire Transfer Fee | 2500-000 | | | |
| | | LEWIS DOWNEY | Memo Amount:      (      26.80 )<br>Attorney Expenses | 3220-000 | | | |
| | | BDO DUNWOODY | Memo Amount:      (     375.16 )<br>T2062 Preparation and Filing | 2500-000 | | | |
| | | CANADIAN REVENUE AUTHORITY | Memo Amount:      (  34,595.60 )<br>Taxes | 2820-000 | | | |
| | | LEWIS DOWNEY | Memo Amount:      (   2,041.70 )<br>Attorney Fees | 3210-000 | | | |
| | | LEWIS DOWNEY | Memo Amount:      (     265.42 )<br>Attorney Expenses | 3220-000 | | | |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 23,985.10 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 23,985.31 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,985.51 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,985.71 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.56 | 23,955.15 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,955.35 |

Page Subtotals                    1,035.28              30.56

Page:   9

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 04-36327 -CAD | |
| Case Name: | KNOTT, ALBERT PAUL JR. | |
| | | |
| Taxpayer ID No: | *******5154 | |
| For Period Ending: | 05/19/15 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9967 Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.53 | 23,925.82 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,926.02 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.50 | 23,896.52 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 23,896.73 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.34 | 23,865.39 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 23,865.58 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.36 | 23,837.22 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,837.42 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.31 | 23,808.11 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 23,808.31 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.25 | 23,778.06 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,778.26 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.21 | 23,748.05 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 23,748.24 |
| | | | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 1.39 | 208.50 |

Ver: 18.04c

FORM 2                                    Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                    Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-36327 -CAD | |
| Case Name: | KNOTT, ALBERT PAUL JR. | |

| | |
|---|---|
| Taxpayer ID No: | *******5154 |
| For Period Ending: | 05/19/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9967  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.23 | 23,720.01 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 23,720.22 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.11 | 23,689.11 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 23,689.16 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 7.77 | 23,681.39 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 23,681.39 | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 129,729.00 | |
| Memo Allocation Disbursements: | 50,000.17 | |
| Memo Allocation Net: | 79,728.83 | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 79,747.39 | 79,747.39 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 79,441.22 | |
| Subtotal | | 79,747.39 | 306.17 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 79,747.39 | 306.17 | |

| | | |
|---|---|---|
| Page Subtotals | 0.26 | 23,748.50 |

Ver: 18.04c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 04-36327 -CAD |
| Case Name: | KNOTT, ALBERT PAUL JR. |
| | |
| Taxpayer ID No: | *******5154 |
| For Period Ending: | 05/19/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0150  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/24/09 | | Transfer from Acct #*******9967 | Bank Funds Transfer | 9999-000 | 55,759.83 | | 55,759.83 |
| 03/24/09 | 003001 | Patricia Knott | Canadian Summer Home  Non Debtor Sister's interest in sale proceeds.  Per Court Order | 8500-000 | | 48,834.71 | 6,925.12 |
| 03/24/09 | 003002 | Sylvia Knott | Canadian Summer Home | 8500-000 | | 6,925.12 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 55,759.83 | 55,759.83 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 55,759.83 | 0.00 | |
| | | Subtotal | 0.00 | 55,759.83 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 55,759.83 | |
| | | Net | 0.00 | 0.00 | |

| | | | NET | | NET | ACCOUNT |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 129,729.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 50,000.17 | Checking Account - *******8182 | 468.50 | 24,149.89 | 0.00 |
| | | Money Market Account (Interest Earn - *******9967 | 79,747.39 | 306.17 | 0.00 |
| Total Memo Allocation Net: | 79,728.83 | BofA - Checking Account - *******0150 | 0.00 | 0.00 | 0.00 |
| | | | ---------------- | ---------------- | ---------------- |
| | | | 80,215.89 | 24,456.06 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

Page:   12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-36327  -CAD | |
| Case Name: | KNOTT, ALBERT PAUL JR. | |

| | |
|---|---|
| Taxpayer ID No: | *******5154 |
| For Period Ending: | 05/19/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0150  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | | | Page Subtotals | 0.00 | 0.00 |

Ver: 18.04c